UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE, INC.,<br><br>    Defendant. | No. C 18-00360 WHA<br>No. C 18-00365 WHA<br>No. C 18-00572 WHA<br><br>**STATUS REPORT ORDER** |

    Having received the parties' latest status update regarding the appeals of the several *inter partes* reviews affecting this case, the Court awaits the parties' further status update by **NOVEMBER 5 AT NOON**.

    **IT IS SO ORDERED.**

Dated: July 9, 2020.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE