1 Michael T. Pieja (CA Bar No. 250351)
2 Alan E. Littmann (*pro hac vice*)
Jennifer Greenblatt (*pro hac vice*)
3 Doug Winnard (CA Bar No. 275420)
Andrew J. Rima (*pro hac vice*)
4 Emma C. Ross (*pro hac vice*)
Lauren Abendshien (*pro hac vice*)
5 GOLDMAN ISMAIL TOMASELLI
   BRENNAN & BAUM LLP
6 200 South Wacker Dr., 22nd Floor
7 Chicago, IL 60606
Tel: (312) 681-6000
8 Fax: (312) 881-5191
mpieja@goldmanismail.com
9 alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
10 dwinnard@goldmanismail.com
arima@goldmanismail.com
11 eross@goldmanismail.com
labendshien@goldmanismail.com
12

13 (Additional counsel listed in signature block)

14 *Attorneys for Defendant Apple Inc.*

15                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
16                **SAN FRANCISCO DIVISION**

17 UNILOC USA, INC., et al.,            Case No.       3:18-cv-00365-WHA

18              Plaintiffs,             **NOTICE OF WITHDRAWAL OF**
                                        **LAUREN ABENDSHIEN AS**
19        v.                            **COUNSEL OF RECORD FOR APPLE INC.**

20 APPLE INC.,                          JUDGE:      Hon. William Alsup

21              Defendant.

22

23 **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

24        PLEASE TAKE NOTICE THAT Lauren Abendshien, of Goldman Ismail Tomaselli Brennan

25 & Baum LLP, hereby withdraws as counsel of record Defendant Apple Inc. The basis for the

26 withdrawal is that effective January 1, 2021, Ms. Abendshien will no longer be with the firm of

27 Goldman Ismail Tomaselli Brennan & Baum LLP. Other counsel of record will continue to represent

28 Defendant, and all orders and other papers should continue to be served on Goldman Ismail Tomaselli

1  Brennan & Baum LLP. The requested withdrawal will not prevent Defendant from meeting existing

2  deadlines or proceeding in this case.

3

4  DATED:  December 30, 2020                 Respectfully submitted,

5

6                                             */s/ Lauren Abendshien*
                                             Michael T. Pieja (CA Bar No. 250351)

7                                            Alan E. Littmann (*pro hac vice*)
                                             Jennifer Greenblatt (*pro hac vice*)

8                                            Doug Winnard (CA Bar No. 275420)
                                             Andrew J. Rima (*pro hac vice*)

9                                            Emma C. Ross (*pro hac vice*)
                                             Lauren Abendshien (*pro hac vice*)

10                                           GOLDMAN ISMAIL TOMASELLI
                                               BRENNAN & BAUM LLP

11                                           200 South Wacker Dr., 22nd Floor

12                                           Chicago, IL 60606
                                             Tel: (312) 681-6000

13                                           Fax: (312) 881-5191
                                             mpieja@goldmanismail.com

14                                           alittmann@goldmanismail.com
                                             jgreenblatt@goldmanismail.com

15                                           dwinnard@goldmanismail.com

16                                           arima@goldmanismail.com
                                             eross@goldmanismail.com

17                                           labendshien@goldmanismail.com

18                                           Kenneth Baum (CA Bar No. 250719)

19                                           GOLDMAN ISMAIL TOMASELLI
                                               BRENNAN & BAUM LLP

20                                           429 Santa Monica Boulevard, Suite 710
                                             Santa Monica, CA 90401

21                                           Tel: (310) 576-6900
                                             Fax: (310) 382-9974

22                                           kbaum@goldmanismail.com

23

24                                           *Attorneys for Defendant Apple Inc.*

25

26

27

28

1

**PROOF OF SERVICE**

2      The undersigned hereby certifies that a true and correct copy of **NOTICE OF**

3  **WITHDRAWAL OF LAUREN ABENDSHIEN AS COUNSEL OF RECORD FOR APPLE**

4  **INC.** has been served on December 30, 2020, to all counsel of record who are deemed to have

5  consented to electronic service.

6

7

8                                        */s/ Lauren Abendshien*
                                          Lauren Abendshien (*pro hac vice*)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28